IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH HOLMES, as personal representative
of DANIEL LACEY, deceased,

      Plaintiff,

v.                                      CV-10-00435 MV/GBW

THE GEO GROUP, INC.,
WEXFORD HEALTH SOURCES, INC.
CORRECTIONAL MEDICAL SERVICES, INC.,
ERASMO BRAVO and JOHN AND
JANE DOES 1 THROUGH 10,

      Defendants.

## ORDER GRANTING
## UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER came before the Court on Defendants The GEO Group, Inc. ("GEO") and Erasmo Bravo's Unopposed Motion for Withdrawal and Substitution of Counsel [doc. 42]. The Court, being fully advised in the premises, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Yenson, Lynn, Allen & Wosick, P.C. hereby withdraws as counsel for Defendants The GEO Group, Inc. and Erasmo Bravo, and Allen, Shepherd, Lewis, Syra & Chapman, P.A. is hereby substituted as counsel for Defendants The GEO Group, Inc. and Erasmo Bravo.

_____
Gregory B. Wormuth
United States Magistrate Judge